UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CORY TRBOYEVICH,                                       Civil No. 11-2911 SRN/AJB

       Plaintiff,

v.                                                   O R D E R

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated September 12, 2012, all the files and records, and no objections having been filed to said Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment [Docket No. 8] is **DENIED**;

2. Defendant's Motion for Summary Judgment [Docket No. 14] is **GRANTED;**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: September 27, 2012.

                                                          s/Susan Richard Nelson
                                                           Susan Richard Nelson
                                                           U. S. District Court Judge